UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYL CROCHET and ALEXANDRIA CROCHET, individually and on behalf of decedent, CHRISTOPHER CROCHET** | **CIVIL ACTION NO. 22-1103** |
| **VERSUS** | **JUDGE MARY ANN VIAL LEMMON** |
| **SEADRILL AMERICAS, INC., ABC INSURANCE COMPANY, WEST NEPTUNE, FRANK'S INTERNATIONAL, LLC, DEF INSURANCE COMPANY, LLOG EXPLORATION COMPANY, LLC d/b/a LLOG BLUEWATER HOLDINGS, LLC, and XYZ INSURANCE COMPANY** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## **FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes CHERYL CROCHET and ALEXANDRIA CROCHET, individually and on behalf of decedent, CHRISTOPHER CROCHET, petitioners herein, who wish to amend the original Complaint herein as follows:

I.

Petitioners wish to amend paragraph 1. to read as follows:

"1.

Made Defendants herein are:

A.  SEADRILL AMERICAS, INC., a foreign corporation licensed to do and doing business in the State of Louisiana which at all times pertinent hereto was the owner of the vessel *WEST NEPTUNE*; and, by reason and belief, at all pertinent times herein, decedent's Jones Act employer;

B.  ABC INSURANCE COMPANY, a foreign insurer licensed to do and doing business within the State of Louisiana, which at all times relevant herein provided coverage for the liabilities of SEADRILL AMERICAS, INC.;

4

  C. *WEST NEPTUNE,* a vessel which was owned and/or operated SEADRILL AMERICAS, INC. and at all pertinent times herein was a vessel in navigable waters;

  D. FRANK'S INTERNATIONAL, LLC, a foreign corporation licensed to do and doing business within the Parish of Lafayette, State of Louisiana, which at all times herein by reason and belief was decedent's Jones Act employer;

  E. DEF INSURANCE COMPANY, a foreign insurer licensed to do and doing business within the State of Louisiana, which at all times relevant herein provided coverage for the liabilities of FRANK'S INTERNATIONAL, LLC;

  F. LLOG EXPLORATION COMPANY d/b/a LLOG BLUEWATER HOLDINGS, LLC, a foreign corporation licensed to do and doing business in the State of Louisiana which at all times pertinent hereto was the operator of the vessel *WEST NEPTUNE;* and, at all pertinent times herein, decedent's Jones Act employer;

  G. XYZ INSURANCE COMPANY, a foreign insurer licensed to do and doing business within the State of Louisiana, which at all times relevant herein provided coverage for the liabilities of LLOG EXPLORATION COMPANY d/b/a LLOG BLUEWATER HOLDINGS, LLC; and,

  H. SAFETY MANAGEMENT SYSTEMS, LLC, a Louisiana limited liability company doing business in Louisiana with its principal place of business in Lafayette Parish, Louisiana."

II.

Petitioners wish to add the name of SAFETY MANAGEMENT SYSTEMS, LLC throughout the original Complaint everywhere the other defendants are named.

III.

Petitioners wish to add the following paragraphs:

"14.

Upon information and belief, a Safety Management Systems, LLC, contractor rendered professional medical services to Crochet on board the WEST NEPTUNE on or about March 18, 2021.

15.

The above described incident resulted solely from the fault and/or negligence of Defendant, SAFETY MANAGEMENT SYSTEMS, LLC, in the following non-exclusive particulars:

A. Failure to train employees and workers to work on the M/V WEST NEPTUNE in a safe, prudent and effective manner;

B. In failing to provide professional medical services aboard the M/V West Neptune as required by contract;

C. In failing to render proper medical attention;

D. In failing to recognize a medical emergency and respond appropriately;

E. In failing to have proper medical personnel available on the M/V WEST NEPTUNE; and,

F. In disregarding rules and regulations created for the safety of employees working on said platform."

WHEREFORE, petitioners, CHERYL CROCHET and ALEXANDRIA CROCHET, individually and on behalf of decedent, CHRISTOPHER CROCHET, pray that a certified copy of this First Supplemental and Amending Complaint, together with the Original Complaint be served upon defendants, SEADRILL AMERICAS, INC., FRANK'S INTERNATIONAL, LLC, LLOG EXPLORATION COMPANY d/b/a LLOG BLUEWATER HOLDINGS, LLC, and SAFETY MANAGEMENT SYSTEMS, LLC, and that after due proceedings are had there be judgment herein in favor of petitioner, CHERYL CROCHET and ALEXANDRIA CROCHET, individually and on behalf of decedent, CHRISTOPHER CROCHET, and against defendants, SEADRILL AMERICAS, INC., FRANK'S INTERNATIONAL, LLC, LLOG EXPLORATION COMPANY d/b/a LLOG BLUEWATER HOLDINGS, LLC, and SAFETY MANAGEMENT SYSTEMS,

LLC, jointly, severally and in solido in a sum reasonable in the premises together with legal interest from the date of judicial demand until paid, for all cost of these proceedings.

             Respectfully submitted,

             BROUSSARD, DAVID & MOROUX, LLC

             */s/ Jerome H. Moroux*

             JEROME H. MOROUX (#32666)
             EMILY C. BORGEN (#35441)
             557 Jefferson Street
             P.O. Box 3524
             Lafayette, Louisiana 70502-3524
             PH: 337-233-2323
             FX: 337-233-2353
             EMAIL: jerome@bdm.law
             EMAIL: eborgen@bdm.law
             COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

   I, the undersigned, counsel for Petitioners, do hereby certify that I have this day filed the above and foregoing document using the Court's ECF electronic filing system.

   Lafayette, Louisiana, this 6th day of July, 2023.

             */s/ Jerome H. Moroux*

             JEROME H. MOROUX

**PLEASE SERVE:**

SEADRILL AMERICAS, INC.
FRANK'S INTERNATIONAL, LLC
LLOG EXPLORATION COMPANY, LLC
LLOG BLUEWATER HOLDINGS, LLC
*Through Counsel of Record:*
Mr. Evans Martin McLeod
Phelps Dunbar, LLP
Canal Place | 365 Canal Street, Suite
New Orleans, Louisiana 70130

SAFETY MANAGEMENT SYSTEMS, LLC
*Through Registered Agent for Service:*
Allyson Pharr
2916 N. University Avenue, Bldg. G
Lafayette, LA 70507