UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYL CROCHET and ALEXANDRIA CROCHET, individually and on behalf of decedent, CHRISTOPHER CROCHET** | CIVIL ACTION |
| | NO. 22-1103 |
| **VERSUS** | SECTION "S" (1) |
| **SEADRILL AMERICAS, INC., ABC INSURANCE COMPANY, WEST NEPTUNE, FRANK'S INTERNATIONAL, LLC, DEF INSURANCE COMPANY, LLOG EXPLORATION COMPANY, LLC d/b/a LLOG BLUEWATER HOLDINGS, LLC, and XYZ INSURANCE COMPANY** | JUDGE MARY ANN VIAL LEMMON |
| | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER

Considering the foregoing *Ex Parte Consent* Motion to Dismiss with Prejudice and the Motion for Partial Summary Judgment filed by Frank's International, LLC, LLOG Exploration Company, LLC, allegedly d/b/a LLOG Bluewater Holdings, LLC, and Seadrill Americas, Inc. (Rec. Doc. 32),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Frank's International, LLC, LLOG Exploration Company, LLC, allegedly d/b/a LLOG Bluewater Holdings, LLC, and Seadrill Americas, Inc. under the Jones Act are dismissed with prejudice on the basis that Christopher Crochet lacks seaman status.

New Orleans, Louisiana, this 22nd day of September 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE MARY ANN VIAL LEMMON