**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHERYL CROCHET, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-1103**<br>**C/W 23-333** |
| | **APPLIES TO ALL**<br>**CASES** |
| **SEADRILL AMERICAS, INC, ET**<br>**AL** | **SECTION: "S" (1)** |

<u>**ORDER OF DISMISSAL**</u>

The court having been advised by counsel for the parties that all of the parties to these consolidated actions have firmly agreed upon a compromise, IT IS ORDERED that the actions be and they are hereby dismissed without prejudice to the right, upon good cause shown, to reopen the actions or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  Each party will bear its own costs.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

If witnesses have been subpoenaed, <u>EVERY</u> <u>WITNESS</u> MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 10th day of March, 2025.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE